IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western _____ DIVISION

Sharon Deaton et al
_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

Officer Harry Dilley et al
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Officer Harry Dilley
_____

Officer Bryan Johnson

Officer Cooper Cole

Officer Justin Morgan,
Officer Dave Adkins
_____

City of Dayton

3:25 cv 302

MICHAEL J. NEWMAN
MAGISTRATE JUDGE SILVAIN

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Sharon Deaton et al
_____
Name - Full Name Please - PRINT
6180 Pochahontas  SJ.
_____
Street Address

Dayton, Ohio 45424
_____
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of OHIO
## WESTERN DIVISION at DAYTON

**Daniel Scott Deaton**,
By his Mother and Legal Guardian, **Sharon Deaton**,
Plaintiff,

v.

**Officer Harry Dilley, Officer Bryan Johnson, Officer Cooper Cole, Officer Justin Morgan, Officer Dave Adkins,** individually and in their official capacities as Dayton Police Officers,

and

**City of Dayton, Ohio**, a municipal corporation,
Defendants.

Case No.: _____
Judge: _____

# VERIFIED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. § 1983; ADA; Rehabilitation Act; State Law Claims)

## I. JURISDICTION AND VENUE

1. This action arises under **42 U.S.C. § 1983**, the **Fourth and Fourteenth Amendments**, the **Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.**, and the **Rehabilitation Act, 29 U.S.C. § 794**.

2. This Court has jurisdiction under **28 U.S.C. § 1331** and **28 U.S.C. § 1343**, and supplemental jurisdiction over state law claims under **28 U.S.C. § 1367**.

3. Venue is proper under **28 U.S.C. § 1391(b)** because the events occurred in Montgomery County, Ohio, within this District and Division.

## II. PARTIES

4. Plaintiff **Daniel Scott Deaton** is a 24-year-old adult with Down Syndrome, residing in Montgomery County, Ohio.

5. Due to his intellectual disability, Daniel is highly vulnerable to police intimidation, requiring reasonable accommodation under the ADA.

6. Plaintiff sues by Mother and Legal Guardian Sharon Deaton.

7. Defendants **Dilley, Johnson, Cole, Morgan, and Adkins** are sworn officers of the Dayton Police Department and were acting under color of state law at all relevant times.

8. Defendant **City of Dayton** is a municipal corporation organized under Ohio law, responsible for the policies, customs, and training of the Dayton Police Department.

## III. FACTUAL ALLEGATIONS

9. On **July 26, 2025, at 10:59 p.m.**, Daniel was walking on Rip Rap Road in Dayton, Ohio, when several Dayton police officers, including Defendants, approached him for a "wellness check."

10. Daniel, visibly a person with Down Syndrome, you can clearly see that Daniel has Down Syndrome, and became terrified. Instead of using disability-sensitive de-escalation, Defendants advanced aggressively. Intimidating Daniel to the point he took off running

11. Fearing for his life, Daniel ran for over a mile before collapsing from exhaustion.

12. Once on the ground, Defendants:

- Punched him in the face (admitted in Officer Bryan Johnson's own report as "pain compliance").

- Kneeled on his back.

- Shackled and handcuffed him despite his small stature (4'11") and disability.

13. Daniel suffered a **broken nose, black eyes, and severe bruising**.

14. He was then booked at Montgomery County Jail, humiliated, injured, and treated as a criminal instead of a vulnerable disabled adult.

15. The use of force was excessive, unnecessary, and objectively unreasonable.

16. The City of Dayton has a **policy/custom of failing to train officers** on interactions with disabled individuals, leading to this violation.

## IV. CLAIMS FOR RELIEF

### Count 1 – Excessive Force (42 U.S.C. § 1983 – Fourth Amendment)
17. Defendants' use of force against Daniel was excessive and violated his Fourth Amendment rights.

### Count 2 – Substantive Due Process (42 U.S.C. § 1983 – Fourteenth Amendment)
18. Defendants' conduct shocks the conscience and violated Daniel's Fourteenth Amendment right to bodily integrity.

### Count 3 – Monell Liability Against the City of Dayton (§1983)
19. The injuries suffered by Daniel were the result of the City of Dayton's policy, practice, or custom of:

- Failing to train officers to properly engage with persons with disabilities;

- Tolerating excessive force by officers;

- Prioritizing "compliance by force" over disability accommodation.

### Count 4 – Americans with Disabilities Act, Title II
20. The City of Dayton is a public entity subject to Title II of the ADA.
21. By failing to provide reasonable modifications in its law enforcement practices for Daniel, a known individual with Down Syndrome, the City violated the ADA.

### Count 5 – Rehabilitation Act, §504
22. As a recipient of federal funds, the City of Dayton violated §504 by denying Daniel equal access to public services on the basis of disability.

### Count 6 – Assault & Battery (Ohio Law)
23. Defendants intentionally struck and injured Daniel without lawful justification.

### Count 7 – False Imprisonment (Ohio Law)
24. Defendants unlawfully detained Daniel without probable cause or justification.

## V. DAMAGES

25. Plaintiff seeks:

- **Compensatory damages of $250,000** for medical costs, pain, suffering, and emotional trauma.

- **Punitive damages** against the individual officers for willful, malicious, and reckless conduct.

- Injunctive relief requiring the City of Dayton to implement ADA-compliant training for all officers.

- Attorneys' fees and costs under **42 U.S.C. § 1988** (if counsel retained).

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, for:
a. Declaratory relief that Defendants' actions violated federal and state law;
b. Compensatory damages of $250,000;
c. Punitive damages against the individual officers;
d. Injunctive relief requiring the City to reform its police training and policies regarding persons with disabilities;
e. Costs, fees, and such further relief as this Court deems just and proper.

## VII. VERIFICATION

I, **Sharon Deaton**, as Mother and Legal Guardian of Daniel Scott Deaton, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2 day of September, 2025.

Sharon Deaton
6180 Pochahontas
Dayton, Ohio 45424
937-830-4184
deaton2113@gmail.com


x _[signature]_
Sharon Deaton

Notary: Tia R Wilkin    9/2/2025

Tia R. Wilkin
Notary Public, State of Ohio
My Commission Expires 03-04-2030